Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANNA STRAND, an individual; MARY-CAROL HUTSON, an individual; MICHAEL STOKER, an individual; SUZANNE STARK, an individual; PHILIP BROWN, an individual; MICHAEL GREEN, an individual; KELLY TALLARITI, an individual; JEREMY BRUCE, an individual; DAVID JOYAL, an individual; JASON MOLTE, an individual; MARIA HULL, an individual; <br><br> Defendants. | No. 16-cv-1177RAJ <br><br> ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT MARY-CAROL HUTSON |

TO: Clerk of the Court

AND TO: Lowe Graham Jones, Attorneys for Plaintiff

ANSWER

W. Tracy Codd, for Defendant Mary-Carol Hutson, answers and alleges as follows, by paragraph of Plaintiff's Claim;

ANSWER AND AFFIRMATIVE DEFENSE OF
DEFENDANT MARY-CAROL HUTSON -- Page 1

LAW OFFICES OF
**W. TRACY CODD**
P.O. BOX 1238
Seahurst, Washington 98062-1238
(206) 248-6152   FAX: (206) 431-5516
WSBA #16745

1. Defendant is without sufficient information to respond, therefore denied;

2. Admitted;

3. Admitted;

4. Admitted in part and denied in part. Venue is proper as alleged in sentence #1. With respect to sentence #2, Defendant is without sufficient information to respond, therefore denied. Specifically, it is denied that Defendant distributed and offered to distribute over the internet copyrighted works for which Plaintiff has exclusive rights;

5. On information and belief, admitted;

6. On information and belief, admitted;

7. On information and belief, admitted;

8. On information and belief, admitted;

9. Denied.

10. Denied in part. Defendant does own an IP address that is alleged to have improperly downloaded copyrighted material, however Defendant was not the sole party responsible for and in control of the IP address. The information referenced in this paragraph does not correctly reflect the subscriber using the IP address assigned to her.

11. On information and belief, admitted;

12. Defendant is without sufficient information to respond, therefore denied;

13. Defendant is without sufficient information to respond, therefore denied;

14. On information and belief, admitted;

15. On information and belief, admitted;

16. On information and belief, admitted;

ANSWER AND AFFIRMATIVE DEFENSE OF
DEFENDANT MARY-CAROL HUTSON -- Page 2

LAW OFFICES OF
W. TRACY CODD
P.O. BOX 1238
Seahurst, Washington 98062-1238
(206) 248-6152   FAX: (206) 431-5516
WSBA #16745

17. Paragraph does not call for a response.

18. Defendant is without sufficient information to respond, therefore denied;

19. On information and belief, admitted. Defendant does reside at 13206 12th Avenue South, Burien, Washington along with several other people with access to the IP address;

20. On information and belief, admitted;

21. On information and belief, admitted;

22. On information and belief, admitted;

23. On information and belief, admitted;

24. On information and belief, admitted;

25. On information and belief, admitted;

26. On information and belief, admitted;

27. On information and belief, admitted;

28. On information and belief, admitted;

29. Defendant is without sufficient information to respond, therefore denied;

30. Defendant is without sufficient information to respond, therefore denied;

31. Denied as to Defendant Mary-Carol Hutson. Regarding other Defendants. Defendant is without sufficient information to respond, therefore denied;

32. Defendant is without sufficient information to respond, therefore denied;

33. Defendant is without sufficient information to respond, therefore denied;

ANSWER AND AFFIRMATIVE DEFENSE OF
DEFENDANT MARY-CAROL HUTSON -- Page 3

LAW OFFICES OF
W. TRACY CODD
P.O. BOX 1238
Seahurst, Washington 98062-1238
(206) 248-6152   FAX: (206) 431-5516
WSBA #16745

34. Defendant is without sufficient information to respond, therefore denied;

35. Defendant is without sufficient information to respond, therefore denied;

36. Defendant is without sufficient information to respond, therefore denied;

37. Defendant is without sufficient information to respond, therefore denied;

38. Defendant is without sufficient information to respond, therefore denied;

39. Defendant is without sufficient information to respond, therefore denied;

40. Defendant is without sufficient information to respond to the first portions of the paragraph, therefore denied; Section (c) is denied.

41. Admitted.

42. Paragraph does not call for a response;

43. On information and belief, admitted;

44. On information and belief, admitted;

45. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

46. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

47. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore

ANSWER AND AFFIRMATIVE DEFENSE OF
DEFENDANT MARY-CAROL HUTSON -- Page 4

LAW OFFICES OF
W. TRACY CODD
P.O. BOX 1238
Seahurst, Washington 98062-1238
(206) 248-6152   FAX: (206) 431-5516
WSBA #16745

denied;

48. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

49. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

50. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

51. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

52. Denied as to Defendant Mary-Carol Hutson. For other Defendants, Defendant is without sufficient information to respond therefore denied;

WHEREFORE, Defendant Mary-Carol Hutson prays that Plaintiff's First Amended Complaint sections A through F be dismissed with prejudice and with attorney's fees and costs as allowed under rule, statute or equity.

**AFFIRMATIVE DEFENSE**

Defendant Mary-Carol Hutson avers and alleges as follows:

Plaintiff has failed to name an indispensable party as required by Rule 19.

WHEREFORE, Defendant Mary-Carol Hutson prays that Plaintiff's First Amended Complaint be dismissed with prejudice and with attorney's fees and costs as allowed under rule, statute or equity.

ANSWER AND AFFIRMATIVE DEFENSE OF
DEFENDANT MARY-CAROL HUTSON -- Page 5

LAW OFFICES OF
**W. TRACY CODD**
P.O. BOX 1238
Seahurst, Washington 98062-1238
(206) 248-6152   FAX: (206) 431-5516
WSBA #16745

Dated this ___15___ day of ___Nov___, 2016.

_____
W. TRACY CODD
Attorney for Defendant
Mary-Carol Hutson
WSBN 16745

ANSWER AND AFFIRMATIVE DEFENSE OF
DEFENDANT MARY-CAROL HUTSON -- Page 6

LAW OFFICES OF
**W. TRACY CODD**
P.O. BOX 1238
Seahurst, Washington 98062-1238
(206) 248-6152   FAX: (206) 431-5516
WSBA #16745